

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:                01-20-00777-CV

Trial Court Cause
Number:                      2019-57418

Style:                       Nationwide Coin & Bullion Reserve, Inc. and Dallas Paskell, Turner Jones, Lawrence Kuykendall and Melida Jones

                             v. William Ciarlone

Date motion filed[*]:        June 21, 2021

Type of motion:              Motion for extension of time to file a reply brief

Party filing motion:         Appellants, Nationwide Coin & Bullion Reserve, Inc. and Dallas Paskell, Turner Jones, Lawrence Kuykendall, and Melida Jones

Document to be filed:        Appellant's reply brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:
    Original due date:                              June 24, 2021
    Number of previous extensions granted:          1
    Date Requested:                                 July 26, 2021

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:  July 26, 2021

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Justice Peter Kelly
          ☒ Acting individually       ☐ Acting for the Court

Date: June 24, 2021